UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

QUIRAS SANTIAGO-SANTIAGO,

Defendant.

ORDER

19 Cr. 823 (ER)

Ramos, D.J.:

    The conference scheduled for January 8, 2021, is adjourned to January 13, 2021, at 9:00 a.m., and will occur as a telephone conference.  Counsel shall call (877) 411-9748 and enter access code 3029857# when prompted.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

    The time between January 8, 2021, and January 13, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) upon consent of the parties.  The Court finds that the ends of justice served by this exclusion of time outweigh the interests of the public and the defendant in a speedy trial.

    It is SO ORDERED.

Dated: New York, New York
         January 7, 2021

_____
EDGARDO RAMOS, U.S.D.J.