

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 12, 2021

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Speedy trial time is excluded from February 17, 2021, until March 22, 2021, in the interest of justice.

SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated:   2/17/2021
New York, New York

Re:  *United States v. Quiras Santiago-Santiago*, 19 Cr. 823 (ER)

Dear Judge Ramos:

On February 12, 2021, the Court adjourned the conference previously scheduled for February 17, 2021, to March 22, 2021.  The Government respectfully submits that this adjournment will permit the defense to continue its review of discovery, and afford the parties additional time to prepare for an anticipated change-of-plea proceeding on March 22. Accordingly, the Government requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from February 17, 2021, through March 22, 2021.  The Government has conferred with defense counsel, who consents to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: *Jarrod L. Schaeffer*
Jarrod Schaeffer
Assistant United States Attorney
Tel: (212) 637-2270

cc:      Counsel of Record (via ECF)